# United States District Court for the Northern District of Illinois

Case Number: 08-50130　　　　　　　　Assigned/IssuedBy: PM

## FEE INFORMATION

**Amount Due:** ☐ $350.00　☐ $39.00　☐ $5.00
　　　　　　　☐ IFP　　☒ No Fee　☐ Other

**FILED**
**AUG 1 1 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　Receipt #: _____

Date Paid: _____　　　　Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons
☐ Alias Summons
☐ Third Party Summons
☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

Original and　1　copies on　8/11/08　as to　MATHEWS COMPANY
　　　　　　　　　　　　　　(Date)