ClientCaseID: 38652

CaseID: 195925

Law Firm ID: HRODEY



CaseReturnDate: 9/16/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C50130**

I,

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

THAT HE SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **MATHEWS COMPANY C/O: CT CORPORATION**

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

Date Of Service: 8/20/08　　Time of Service: 12:05 PM　　Date Of Mailing

PERSON SERVED **DAWN SCHULTZ (PROCESS OPERATOR)**

Age 50S　　Sex FEMALE　Race WHITE　　Height 5'4"　　Build HEAVY　　Hair BROWN

**LOCATION OF SERVICE**　　**208 S LASALLE #814**
**CHICAGO, IL, 60604**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

NAME OF SERVER:　　DATE:

AGENCY NAME: Regina Bates

ADDRESS: 205 W. Randolph, Ste. 1210
CITY: Chicago
ST: IL　　ZIP 60606
PHONE:

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
**WESTERN DIVISION**

SHERMAN BLAIR,

      Plaintiff,

V.

MATHEWS COMPANY,

      Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 C 50130

ASSIGNED JUDGE: Kapala

DESIGNATED
MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Mathews Company
c/o CT Corporation System
208 So. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick D. Coen
Robin L. Perry
Tamara A. Marshall
Zanck, Coen & Wright, P.C.
40 Brink Street
Crystal Lake, IL 60014

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

(original "30" crossed out, replaced with "20")

MICHAEL W. DOBBINS, CLERK

_[signature]_
(By) DEPUTY CLERK

8/11/08
DATE